IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| vs. | : | **NO. 5:05-CR-86 WDO)** |
| | : | |
| **CALVIN A. MCCASKILL, and** | : | |
| **HEWIS CROSS,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER CHANGING DATE, TIME AND LOCATION OF ARRAIGNMENT**

Upon the initial appearance for the above named defendants in Albany, Georgia on Tuesday, October 4, 2005, arraignment was set to occur in Albany, Georgia on Wednesday, October 19, 2005, at 3:00 p.m. That portion of the court's order of October 4, 2005, setting arraignment is hereby RESCINDED. Arraignment for these defendants will occur before the Honorable Claude W. Hicks, Jr., United States Magistrate Judge at the William Augustus Bootle United States Courthouse, 475 Mulberry Street, Macon, Georgia on Tuesday, October 11, 2005 at 2:30 p,m.

SO ORDERED, this 5th day of October 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE